UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LYNCOY REYNAUD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2176** |
| **29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES, STATE OF LOUISIANA** | **SECTION "J"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation despite two unsuccessful attempts by the Court to deliver the Report and Recommendation by mail to the petitioner's only known address, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lyncoy Reynaud's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE